

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2014

No. 04-14-00670-CR

Simon Rene **GARCIA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10101
Honorable Mary D. Roman, Judge Presiding

## O R D E R

On October 27, 2014, court reporter Charles Richardson requested additional time to prepare the record in this case. The request was granted and the deadline was extended to November 18, 2014. On December 2, 2014, Richardson filed a second notification of late record and the reporter's record. The motion is granted. The record is deemed filed as of December 2, 2014. Appellant's brief is due to be filed with this court no later than January 2, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court